A. J. FRITSCHY CORPORATION, Respondent, v. CHASE MANHATTAN BANK, Appellant, et al., Defendants.—

Concur — Stevens, P. J., Capozzoli, McGivern, Markewich and Kupferman, JJ.